# UNITED STATES DISTRICT COURT

**WESTERN DISTRICT OF TEXAS**
**JOHN H. WOOD JR., U. S. COURTHOUSE**

WILLIAM G. PUTNICKI
CLERK OF COURT

**655 E. DURANGO BOULEVARD**
**SAN ANTONIO, TEXAS 78206**

(210) 472-6550

2005 AUG 22  AM 8: 31

**August 15, 2005**

**Gregory J. Leonard, Clerk of Court**
**William A. Bootle  U.S. Courthouse**
**P.O. Box 128**
**475 Mulberry Street**
**Macon, GA 31202**

Re:    SA-04-CV-1142-RF

Wilbur Allmond vs Akal Security

*4:05-CV-96*

Dear Clerk,

Pursuant to the Court's Order filed in our office on June 9 2005, the following San Antonio case is being transferred to your office.

SA-04-CV-1142-RF    Allmond vs Akal Security

Enclosed is a certified copy of the docket entries for the above styled case, together with the certified copies of documents filed in this case. Please acknowledge receipt of these documents by returning the extra copy of this letter in the envelope provided.

Sincerely,

WILLIAM G. PUTNICKI, Clerk

United States District Court

By:  Tiffany Mitchell, Deputy Clerk

**RECEIVED BY:**_____

cc:    John Griffin, Jr.        Iwana Rademaekers        Robert Shaw-Meadow
       Margaret A. Harris      Kurt N. Peterson         Joseph C. Rodriguez
       Katherine L. Bulter     Jamie E. Kitces

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

2005 AUG 22  AM 8: 44

~~Q Farter~~

DEPUTY CLERK

NSN

U.S. District Court
Western District of Texas (San Antonio)

CIVIL DOCKET FOR CASE #: 04-CV-1142

Allmond, et al v. Akal Security, Inc., et al          Filed: 12/14/04
Assigned to: Hon. W. Royal Furgeson, Jr.    Jury demand: Plaintiff
Demand: $0,000                    Nature of Suit:  442
Lead Docket: None                 Jurisdiction: US Defendant
Dkt# in other court: None

Cause: 42:12101 Americans with Disabilities Act of 1990

4:05-CV-96

WILBUR ALLMOND          John Griffin, Jr.
    plaintiff               361/573-5040
                        [COR LD NTC]
                        Houston, Marek & Griffin
                        120 S Main
                        Suite 301
                        Victoria, TX 77901
                        (361) 573-5500

                        Margaret A. Harris
                        713/526-5691
                        [COR LD NTC]
                        Butler & Harris
                        1007 Heights Blvd.
                        Houston, TX 77008
                        (713) 526-5677

                        Katherine L. Butler
                        (713)526-5691
                        [COR LD NTC]
                        Butler & Harris
                        1007 Hieghts Blvd.
                        Houston, TX 77008
                        (713)526-5677


GILBERTO WISE           John Griffin, Jr.
    plaintiff           [term  06/20/05]
[term  06/20/05]            (See above)
                        [COR LD NTC]

                        Margaret A. Harris
                        [term  06/20/05]
                        (See above)
                        [COR LD NTC]

                        Katherine L. Butler
                        [term  06/20/05]
                        (See above)

A true copy of the original, I certify.
Clerk, U. S. District Court
By  ~~Mitchell~~
                    Deputy

Docket as of August 12, 2005 7:59 am          Page 1

Proceedings include all events.
5:04cv1142 Allmond, et al v. Akal Security, Inc., et al          NSN

        [COR LD NTC]


PEGGY KNAPP WISE              John Griffin, Jr.
   plaintiff              (See above)
               [COR LD NTC]



  v.


AKAL SECURITY, INC.          Iwana Rademaekers
   defendant              214/520-2008
               [COR LD NTC]
               Jackson, Lewis, Schnitzler &
               Krupman
               3811 Turtle Creek Blvd.
               Suite 500
               Dallas, TX 75219
               (214) 520-2400

               Kurt N. Peterson
               (404) 525-1173
               [COR LD NTC]
               Jackson Lewis, LLP
               1900 Marquis One Tower
               245 Peachtee Center Ave., N.E.
               Atlanta, GA 30303-1226
               (404) 525-8200

               Jamie E. Kitces
               [term  06/07/05]
               404/525-1173
               [COR LD NTC]
               Jackson Lewis, LLP
               1900 Marquis One Tower
               245 Peachtree Center Ave., N.E.
               Atlanta, GA 30303-1226
               (404) 525-8200


ALBERTO R. GONZALES          Robert Shaw-Meadow
   defendant              210/384-7312
               [COR LD NTC]
                U.S. Attorney's Office
               601 N.W. Loop 410
               Suite 600
               San Antonio, TX 78216
               (210) 384-7355

               Joseph C. Rodriguez
               210/530-6175
               [COR LD NTC]
               Assistant United States

Proceedings include all events.
5:04cv1142 Allmond, et al v. Akal Security, Inc., et al               NSN

        Attorney
        601 N.W. Loop 410
        Suit 600
        San Antonio, TX 78216-5597
        (210) 384-7150

.

Proceedings include all events.
5:04cv1142 Allmond, et al v. Akal Security, Inc., et al          NSN

12/14/04 --    Case assigned  to Hon. W. R. Furgeson Jr. (ep)
               [Entry date 12/15/04]

12/14/04 --    If ordered by the court, all referrals will be assigned to
               Magistrate Judge Nowak (ep) [Entry date 12/15/04]

12/14/04 1     Complaint filed.   Filing Fee: $ 150.00  Receipt # 192777
               (ep) [Entry date 12/15/04] [Edit date 12/16/04]

12/14/04 2     Demand for jury trial by Wilbur Allmond, Gilberto Wise (ep)
               [Entry date 12/15/04]

12/14/04 --    Summons issued for Akal Security, Inc., John Ashcroft (ep)
               [Entry date 12/15/04]

1/10/05  3     Return of service executed as to John Ashcroft  on 12/27/04
               (lp) [Entry date 01/11/05]

1/19/05  4     Answer by Akal Security, Inc. (lp) [Entry date 01/20/05]

1/19/05  5     Notice of filing disclosure statement by Akal Security,
               Inc. (lp) [Entry date 01/20/05]

2/2/05   6     Motion by Akal Security, Inc. for Kurt N. Peterson and
               Jamie E. Kitces to appear pro hac vice (lp)
               [Entry date 02/03/05]

2/3/05   --    Pro hac vice fee paid by Kurt N. Peterson and Jamie E.
               Kitces Amount: $ 50.00 Receipt # 193580 (ga)
               [Entry date 02/03/05]

2/4/05   7     Order  granting motion for Kurt N. Peterson and Jamie E.
               Kitces to appear pro hac vice [6-1]  signed by Hon. W. R.
               Furgeson Jr. (lp) [Entry date 02/08/05]

2/16/05  8     Advisory to the court by attorneys Kurt Peterson and Jamie
               Kitces filed by Akal Security, Inc. (lp)
               [Entry date 02/17/05]

2/22/05  9     Answer by John Ashcroft (lp) [Entry date 02/23/05]

2/24/05  10    Order that the plaintiff shall submit a proposed scheduling
               order to the Court within sixty (60) days after the
               appearance of any defendant.  Signed by Hon. W. R. Furgeson
               Jr. (lp) [Entry date 02/25/05]

3/24/05  11    Consent to trial by Magistrate by John Ashcroft (lp)
               [Entry date 03/25/05]

3/24/05  12    Consent to trial by Magistrate by Akal Security, Inc. (lp)
               [Entry date 03/25/05]

.

.

Proceedings include all events.
5:04cv1142 Allmond, et al v. Akal Security, Inc., et al          NSN

4/28/05  13     Scheduling order setting: Alternate Dispute Resolution
                Report due by 10/31/05; Joining of parties, amending of
                pleadings on 6/1/05; Discovery cutoff 11/30/05; Deadline
                for filing of all dispositive motions 1/13/06 ; Jury
                Selection set for 9:00 6/5/06 ; Jury trial set for 9:00
                6/5/06 signed by Hon. W. R. Furgeson Jr. (tm)
                [Entry date 04/29/05]

5/2/05   14     Unopposed Motion by Akal Security, Inc. to amend answer
                [4-1] (lp) [Entry date 05/03/05]

5/2/05   --     Received amended answer of Akal Security (lp)
                [Entry date 05/03/05]

5/10/05  15     Order  granting motion to amend answer [4-1] [14-1]  signed
                by Hon. W. R. Furgeson Jr. (rg1) [Entry date 05/11/05]

5/10/05  16     Amended answer by Akal Security, Inc. : answer [4-1] (rg1)
                [Entry date 05/13/05]

5/13/05  17     Notice of attorney appearance for John Ashcroft  by Joseph
                C. Rodriguez as co-counsel. (rg1) [Entry date 05/17/05]

5/13/05  18     Motion by John Ashcroft for Joseph C. Rodriguez to appear
                pro hac vice (rg1) [Entry date 05/17/05]

5/13/05  19     Unopposed Motion by John Ashcroft for leave to file brief
                longer than ten pages (motion to transfer claims...to
                District of Georgia marked received) (rg1)
                [Entry date 05/17/05]

5/17/05  20     Order  granting motion for Joseph C. Rodriguez to appear
                pro hac vice [18-1]  signed by Hon. W. R. Furgeson Jr. (tm)
                [Entry date 05/18/05]

5/17/05  21     Order granting motion for leave to file brief longer than
                ten pages [19-1] signed by Hon. W. R. Furgeson Jr. (tm)
                [Entry date 05/18/05]

5/17/05  22     Motion by Alberto Gonzales, US Attorney General to
                transfer case to the Middle District of Georgia for
                improper venue (tm) [Entry date 05/18/05]

5/31/05  23     Unopposed Motion by Wilbur Allmond to extend time for
                responding to Attorney General's Motion to Transfer Venue
                (Response marked received) (rg1) [Entry date 06/01/05]
                [Edit date 06/01/05]

6/1/05   24     Order  granting motion to extend time for responding to
                Attorney General's Motion to Transfer Venue (Response
                marked received) [23-1]  signed by Hon. W. R. Furgeson Jr.
                (rg1) [Entry date 06/02/05]

Proceedings include all events.
5:04cv1142 Allmond, et al v. Akal Security, Inc., et al          NSN

6/1/05  25     Response by Wilbur Allmond motion to transfer case to the
               Middle District of Georgia for improper venue [22-1] (rg1)
               [Entry date 06/02/05]

6/7/05  26     Notice of Withdrawal of Counsel of Jamie E. Kitces by Akal
               Security, Inc. (rg1) [Entry date 06/09/05]

6/9/05  27     Order granting motion to transfer case to the Middle
               District of Georgia for improper venue [22-1] signed by
               Hon. W. R. Furgeson Jr. (tm) [Entry date 06/10/05]

6/16/05  28    Motion by Wilbur Allmond for reconsideration (tm)
               [Entry date 06/17/05]

6/20/05  29    Stipulation and order substituting party filed by Wilbur
               Allmond, Akal Security, Inc., Alberto R. Gonzales (tm)
               [Entry date 06/21/05]

6/20/05  30    Statement of fact of death filed by Peggy Knapp Wise (tm)
               [Entry date 06/21/05]

6/23/05  31    Order substituting Peggy A. Knapp Wise as a party signed by
               Hon. W. R. Furgeson Jr. (tm) [Entry date 06/24/05]

6/29/05  32    Response by Alberto R. Gonzales  in opposition to motion
               for reconsideration [28-1] (tm) [Entry date 06/30/05]

7/25/05  33    Joint motion by Wilbur Allmond, Akal Security, Inc.,
               Alberto R. Gonzales, Peggy Knapp Wise for  entry of
               confidentiality agreement and protective order (cn)
               [Entry date 07/26/05]

7/27/05  34    Confidentiality Agreement and Protective Order: granting
               joint motion for entry of confidentiality agreement and
               protective order [33-1] signed by Hon. W. R. Furgeson Jr.
               (tm) [Entry date 07/28/05]

8/4/05  35     Agreed Amended Scheduling order  setting ; Alternate
               Dispute Resolution Report due by 10/31/05 Joining of
               parties, amending of pleadings on 6/1/05 Discovery cutoff
               12/30/05 Deadline for filing of all motions 2/13/06 ; Jury
               Selection set for 9:00 6/5/06 ; Jury trial set for 9:00
               6/5/06 , termed motions signed by Hon. W. R. Furgeson Jr.
               (rg1) [Entry date 08/05/05]

8/9/05  36     Order denying Plaintiff Gene Allmond's motion for
               reconsideration [28-1] signed by Hon. W. R. Furgeson Jr. (tm)
               [Entry date 08/10/05]